IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 03-cv-02218-REB-CBS

LIBERTY SAVINGS BANK, FSB,

    Plaintiff,

v.

WEBB CRANE SERVICE, INC., a Colorado Corporation, *et al.*,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

It has come to the attention of this court that a Supplemental Motion to Compel (filed October 12, 2004; *doc. no. 137*) remains pending on the motion(s) list in the above captioned action.

Upon a review of the file and docket in this matter, it appears that the October 12, 2004 motion was filed to supplement Plaintiff's previously filed Motion to Compel (*doc. no. 94*) which was taken under advisement, pending further briefing, during a hearing held by this court on September 26, 2004.

A minute entry for proceedings held on December 12, 2004, indicates that Plaintiff's Motion to Compel (*doc. no. 94*) was denied. In light of the foregoing it is hereby

**ORDERED** that Plaintiff's Supplemental Motion to Compel Discovery of GE's "Playbook" (filed October 12, 2004; *doc. no. 137*) is **DENIED**.

**DATED:**   August 22, 2005