**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  03-cv-2218-REB-CBS

LIBERTY SAVINGS BANK, FSB,

     Plaintiff,

v.

WEBB CRANE SERVICE, INC., a Colorado corporation,
KLW & W, LLC, a Colorado corporation,
WILLIAM WEBB (a/k/a Will Webb), an individual,
KELLY WEBB, an individual,  and
LESLIE WEBB, an individual,

     Defendants.

---

## MINUTE ORDER

---

     Plaintiff's Unopposed Motion to Set Deadline to Respond to GE Capital's Supplemental Motion for Summary Judgment [#207], filed September 1, 2005, is DENIED as moot.

Dated: September 15, 2005
-------------------------------------------------------------------------------------------------------------------