**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  03-cv-2218-REB-CBS

LIBERTY SAVINGS BANK, FSB,

    Plaintiff,

v.

WEBB CRANE SERVICE, INC., a Colorado corporation,
KLW & W, LLC, a Colorado corporation,
WILLIAM WEBB (a/k/a Will Webb), an individual,
KELLY WEBB, an individual,  and
LESLIE WEBB, an individual,

    Defendants.

---

### MINUTE ORDER

---

    Plaintiff's Motion to Substitute Exhibit N to "Response to Supplemental Motion for Summary Judgment Filed by Defendant General Electric Capital Corporation" [#216], filed on September 21, 2005, is DENIED for failure comply with D.C.COLO.L.Civ.R. 7.1 A.

Dated: October 31, 2005
-------------------------------------------------------------------------------------------------------------------