# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No.  03-cv-02218-REB-CBS

LIBERTY SAVINGS BANK, FSB,

    Plaintiff,

v.

WEBB CRANE SERVICE, INC., a Colorado corporation,
KLW & W, LLC, a Colorado corporation,
WILLIAM WEBB (a/k/a Will Webb), an individual,
KELLY WEBB, an individual,  and
LESLIE WEBB, an individual,

    Defendants.

## ORDER OF DISMISSAL OF THE
## INDIVIDUAL WEBB DEFENDANTS

**Blackburn, J.**

On April 14, 2006, the parties filed a **Stipulation and Joint Motion to Dismiss Individual Webb Defendants** [#244].  After careful review of the motion and the file, the court has concluded that the motion should be granted and that plaintiff's claims against the individual Webb defendants, William Webb, a/k/a Will Webb, Kelly Webb, and Leslie Webb, should be dismissed.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation and Joint Motion to Dismiss Individual Webb Defendants** [#244] filed on April 14, 2006, **IS GRANTED**;

2. That plaintiff's claims against the individual Webb defendants, William Webb, a/k/a Will Webb, Kelly Webb, and Leslie Webb, **ARE DISMISSED**, with the parties to

pay their own attorney fees and costs;

    3.  That any pending motion filed on behalf of the individual Webb defendants is **DENIED** as moot; and

    4.  That defendants, William Webb, a/k/a Will Webb, Kelly Webb, and Leslie Webb, are **DROPPED** as named parties to this action, and the case caption is amended accordingly.

Dated April 17, 2006, at Denver, Colorado.

                                        **BY THE COURT:**

                                        **s/ Robert E. Blackburn**
                                        **Robert E. Blackburn**
                                          **United Stated District Judge**

Case 1:03-cv-02218-REB-CBS   Document 246   Filed 04/17/06   USDC Colorado   Page 2 of 2

-2-