**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  03-cv-02218-REB-CBS

LIBERTY SAVINGS BANK, FSB,

    Plaintiff,

v.

WEBB CRANE SERVICE, INC., a Colorado corporation,
KLW & W, LLC, a Colorado corporation,

    Defendants.

**ORDER DISMISSING DEFENDANT
KLW & W,  LLC**

**Blackburn, J.**

On May 15, 2006, the parties filed a **Stipulation and Joint Motion to Dismiss  KLW & W, LLC** [#251].  After careful review of the motion and the file, the court has concluded that the stipulation should be approved, that the joint motion should be granted, and that plaintiff's claims against the defendant, KLW & W,LLC., a Colorado corporation, should be dismissed.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation and Joint Motion to Dismiss KLW & W, LLC** [#251] filed on May 15, 2006, **IS APPROVED** and **GRANTED**;

2. That plaintiff's claims against defendant, KLW & W, LLC, **ARE DISMISSED**, with the parties to pay their own attorney fees and costs;

3. That defendant, KLW & W, LLC, a Colorado corporation, is  **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated May 16, 2006, at Denver, Colorado.

                                        **BY THE COURT:**

                                        **s/ Robert E. Blackburn**
                                        **Robert E. Blackburn
                                        United Stated District Judge**