**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  03-cv-02218-REB-CBS

LIBERTY SAVINGS BANK, FSB,

    Plaintiff,

v.

WEBB CRANE SERVICE, INC., a Colorado corporation,
DAVID E. LEWIS,
GENERAL ELECTRIC CAPITAL CORPORATION, and
JEFFREY WEINMAN, Trustee,

    Defendants.

**ORDER OF DISMISSAL OF
DAVID E. LEWIS**

**Blackburn, J.**

On May 25, 2006, the parties filed a **Joint Motion to Dismiss David Lewis** [#254].  After careful review of the motion and the file, the court has concluded that the motion should be granted and that plaintiff's claims against defendant David Lewis should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Joint Motion to Dismiss David Lewis** [#254], **IS GRANTED**;

2. That plaintiff's claims against defendant David E. Lewis, **ARE DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

3.  That defendant, David E. Lewis, is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated May 25, 2006, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United Stated District Judge**