IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 03-cv-02218-REB-CBS

LIBERTY SAVINGS BANK, FSB,

    Plaintiff,

v.

WEBB CRANE SERVICE, INC., a Colorado corporation, and
JEFFREY WEINMAN, Trustee,

    Defendants.

## ORDER

**Blackburn, J.**

This matter is before me on the **Joint Motion to Dismiss Defendants Webb Crane Service, Inc. and Jeffrey A. Weiman** [#258], filed June 19, 2006. The motion is granted. Webb Crane and Weinman are the last remaining defendants in this case. Therefore, I will vacate the current settings for a trial preparation conference and trial.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Joint Motion to Dismiss Defendants Webb Crane Service, Inc. and Jeffrey A. Weiman** [#258], filed June 19, 2006, is **GRANTED**;

2. That the plaintiff's claims against defendants Webb Crane Service, Inc. and Jeffrey A. Weinman are **DISMISSED**;

3. That the plaintiff, Webb Crane Service, Inc., and Jeffrey A. Weinman each shall pay their own attorney fees and costs;

2

4. That the trial preparation conference set for June 30, 2006, at 9:00 a.m. is **VACATED**;

5. That the trial set to begin July 5, 2006, at 8:30 a.m. is **VACATED**; and

6. That after GE Capital's motion for sanctions is resolved, the court will direct that judgment enter as to all claims and defendants, and that this case be closed.

Dated June 22, 2006, at Denver, Colorado.

                                        **BY THE COURT:**

                                        <u>s/ Robert E. Blackburn</u>
                                        **Robert E. Blackburn**
                                        **United States District Judge**